**No. 51931.**—Butler Bros. et al. *v.* United States, protests 971768–G, etc. (Baltimore, etc.).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51932.**—Biddle Sawyer & Co. (U. S. A.), Ltd., et al. *v.* United States, protests 118971–K, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

**No. 51933.**—The Dayton Co. et al. *v.* United States, protests 121090–K, etc. (Minneapolis, etc.).

Opinion by COLE, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 3, 1947

**No. 51934.**—Kung Jung Co. et al. *v.* United States, protests 968592–G, etc. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51935.**—Wing Chong Lung Co. et al. *v.* United States, protests 64305–K, etc. (Los Angeles, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51936.**—Park & Tilford Import Corp. *v.* United States, protest 811503–G (San Francisco).

Opinion by EKWALL, J.   An examination of the record disclosing nothing that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.